**WINDHAM, SUPERIOR COURT, MARCH TERM, A. D. 1783.**

## LUCE v. DIMOCK.

Lands purchased after making a will pass by it in case of a republication.

ACTION of ejectment for a tract of land. The defendant plead in bar, that one Jonathan Luce made and published his

will, at a certain time, which has since been proved and approved; by which he gave all his estate, both real and personal, to his wife Jemima; that the demanded premises was a part of his real estate at the time of his decease, and by force of said will vested in the said Jemima, from whom the defendant derives a title to himself in his plea.

The plaintiff replies, and admits that the demanded premises belonged to said Jonathan, at the time of his decease; yet he says, that the land demanded was purchased by said Jonathan subsequent to his making said will.

The defendant rejoins, and admits that said land was purchased subsequent to the making of said will; yet he says, that after said purchase the said Jonathan repeatedly recognized his said will, and republished the same, by declaring, that he had made his will, which was lodged at Esq. Gray's; and that he had thereby given to his wife, all his estate, both real and personal.

The plaintiff traverses the defendant's rejoinder as to the republication of the will; upon which issue was joined to the jury; and the jury find the facts put in issue, as alleged in the rejoinder of the defendant, and find for him his cost; and judgment was given accordingly.